IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 SEP 11 PM 3:55

| | |
|---|---|
| MARSHALL SLOAN,<br>　　　Petitioner,<br><br>vs.<br><br>HARRY RUSSELL, Warden<br>　　　Respondent. | Case No. C1-01-390<br><br>Judge Beckwith<br>Magistrate Judge Sherman |

## NOTICE OF APPEAL

Notice is hereby given that Marshall Sloan, petitioner in the above case hereby appeal to the United States Court of Appeals for the 6th Circuit from an order dismissing a 60b Motion for Relief from Judgment.

Respectfully submitted

*Marshall Sloan*
Marshall K. Sloan, pro se
A-146-603
P.O. Box 1812
Marion, Ohio 43301-1812