# U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0008 6348 8827

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-01-390
DOC. 22
Postmark
Here

Sent To Marshall K. Sloan, 146-603

Street, Apt. No.; or PO Box No. P.O. Box 1812

City, State, ZIP+4 Marion, OH 43301