| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Block*  C. Date of Delivery 10-09-03<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Marshall K. Sloan<br>#146-603<br>P.O. Box 1812<br>Marion, OH 43301<br><br>C-1-01-390, Doc. 22 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7001 2510 0008 6348 8827 | |
| PS Form 3811, August 2001  SSB Domestic Return Receipt | 102595-02-M-0835 |