# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION** to be completed by the Sixth Circuit |
| **District Court Case No:** C-1-01-390 | **Court of Appeals Case No:** 03-4306 |
| **SHORT CAPTION** | **Case Manager:** TERESA BERTKE |
| Marshall Sloan | |
| RECEIVED SEP 1 2 2003 Leonard Green Clerk | |
| **Plaintiff/Petitioner** vs. **Harry Russell, Warden** **Defendant/Respondent** | **Date Filed:** FILED OCT 0 9 2003 LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Sandra S. Beckwith | **Anything That Needs Special Attention** Notice of Appeal (doc.#20) appealing Judge Beckwith's Order (doc.#18) denying petitioner's motion for relief from judgment. |
| **Court Reporter(s):** | need cop and ifp Rulings |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** 9/12/03 | |
| **$105.00 Appeal Filing Fee Paid? No** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (Including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**Clerk:** KENNETH J. MURPHY
United States District Court

FILED KENNETH J. MURPHY CLERK 03 OCT 14 AM 9:09 US DIST COURT SOUTH DIST OHIO WEST DIV CINCINNATI

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

TERESA M. BERTKE
(513) 564-7023
www.ca6.uscourts.gov

Filed: October 9, 2003

Marshall K. Sloan
North Central Correctional Institution
#146-603
P.O. Box 1812
Marion, OH   43301

Thelma Thomas Price
Office of the Attorney General
Corrections Litigation Section
140 E. Town Street
14th Floor
Columbus, OH   43215-6001

Re: No. 03-4306
    <u>Sloan vs. Russell</u>
    District Court Case No. 01-00390

Your appeal has been docketed as case number **03-4306** with the caption that is enclosed on a separate page. Please review the caption for accuracy; it and the case number must appear on all filings.

Before any appeal under 28 U.S.C. §2254 and §2255 may proceed, the district court must have determined any liability for the appellate filing fee and certified any issue(s) for appeal. Our review of the district court docket sheet shows that the district court has not resolved either your liability for the filing fee as the appellant or issued a certification ruling. The appeal will be held in abeyance temporarily to permit the district court to make rulings on both questions.

Procedures and filing requirements in the court of appeals can be complicated or confusing. It is very important to read the Federal Rules of Appellate Procedure, available in many libraries, and the Sixth Circuit Rules, available in libraries and from the clerk's office.

Teresa Bertke
Case Manager

cc:
   Mr. Kenneth J. Murphy
   Honorable Sandra S. Beckwith