**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Marshall Sloan,**
    **Petitioner**

-vs-                                  Case No. C-1-01-390

**Harry Russell,**
    **Respondent**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that:**

This Court concludes that petitioner is liable for the filing fee and declines to certify any of petitioner's issues for appeal.

Date:  October 24, 2003                        KENNETH J. MURPHY, JR., Clerk

                                            By:  <u>s/Mary C. Brown</u>
                                                   Mary C. Brown, Deputy Clerk