# TRANSMISSION FORM

| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: 1:01cv0390 | Court of Appeals Case No: 03-4306 |
| SHORT CAPTION | |
| MARSHALL K SLOAN* | Case Manager: |
| Plaintiff/Petitioner<br><br>vs.<br><br>HARRY K RUSSELL<br><br>Defendant/Respondent<br><br>#146-603<br>North Central Correctional Institution<br>PO Box 1812<br>Marion, OH 43301-1812<br>*provide pro se address IF NOT on the docket sheet | Date Filed: |
| District Court Judge: SANDRA S BECKWITH<br><br>Court Reporter(s): | **Anything That Needs Special Attention**<br><br>**NOTICE OF APPEAL(DOC.20) appealing ORDER(DOC.18) entered on 8/14/2003.** |
| From Deputy Clerk: ARTHUR HILL<br><br>Date: 3/5/2004 | |
| $255.00 Appeal Filing Fee Paid? NO | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **One (1)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)   Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
United States District Court