No. 03-4306

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
APR 20 2004
LEONARD GREEN, Clerk

MARSHALL K. SLOAN, )
)
    Petitioner-Appellant, )
)
v. ) O R D E R
)
HARRY K. RUSSELL, Warden, )
) 1:01cv0390
    Respondent-Appellee. )
)

    Marshall K. Sloan, an Ohio state prisoner, moves for pauper status and appeals pro se a district court order denying his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) in a habeas corpus proceeding filed under 28 U.S.C. § 2241. This matter is before the court upon an application for a certificate of appealability. Fed. R. App. P. 22(b).

    Upon consideration, the application for a certificate of appealability is denied. The motion for pauper status is denied as moot.

ENTERED BY ORDER OF THE COURT

_Leonard Green_
Clerk